THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 William Bailey Masters, Jr., Appellant.
 
 
 

Appeal From Greenville County
 C. Victor Pyle, Jr., Circuit Court Judge
Unpublished Opinion No. 2009-UP-211
Submitted April 1, 2009  Filed May 19, 2009    
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for
 Respondent.
 
 
 

PER CURIAM: William
 Bailey Masters, Jr., appeals his conviction and sentence  for trafficking in
 methamphetamine.  He argues the trial judge erred in denying his motion for a
 directed verdict.  After a thorough review of the record
 and counsels brief, pursuant to Anders v. California, 386 U.S. 738
 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN,
 C.J., PIEPER and LOCKEMY, JJ., concur

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.